# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 21-08303-FWS (KKx) | Date | December 21, 2022 |
|---|---|---|---|
| Title | Los Angeles Turf Club, Incorporated et al. v. US Racing et al., | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

Plaintiff was ordered to serve process under Federal Rule of Civil Procedure 4(m) by November 15, 2022. (Dkt. 27.) On August 26, 2022, Plaintiff filed a Response providing additional details on its efforts to serve process. (Dkt. 32.) On September 27, 2022, Plaintiff filed a document entitled, "Letter and Certificate of Non-Service." (Dkt. 33.) At this juncture, the court has received no further filings from Plaintiff and the November 15, 2022, deadline for service has now passed. Accordingly, the court hereby **ORDERS** Plaintiff to show cause in writing no later than **January 13, 2023**, why this action should not be dismissed for lack of prosecution. Failure to comply with the court's order may result in dismissal. *See* Fed. R. Civ. P. 41(b)*; Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").

                                                          -     :     -

                                    Initials of Deputy Clerk    mku

cc: