# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LOS ANGELES TURF CLUB, INCORPORATED and PACIFIC RACING ASSOCATION,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>US RACING, BUSR, and ALL PERSONS CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE WEBSITES WWW.USRACING.COM AND WWW.BUSR.AG,<br><br>　　　　Defendants. | Case No. 2:21-cv-08303-FWS-DTB<br><br>JUDGMENT |

On November 13, 2025, the court granted in part and denied in part Plaintiffs Los Angeles Turf Club, Incorporated ("LATC") and Pacific Racing Association's ("PRA") (together, "Plaintiffs") Motion for Default Judgment. (Dkt. 86 ("Order").) For the reasons described in the Order, the court declines to enter judgment against US Racing. However, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in this matter in favor of Plaintiffs and against BUSR.
2. BUSR shall pay LATC **$1,850,000.00** in compensatory damages.
3. BUSR shall pay PRA **$1,790,00.00** in compensatory damages.
4. BUSR is hereby **PERMANENTLY ENJOINED** from accepting wagers on horse races run at Plaintiff LATC's racetrack, Santa Anita Park, from persons outside of California but otherwise within the United States.

The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED**.

Dated: November 13, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE